**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Kelly E. Burton,                                                 Case No. 3:14CV2614

       Plaintiff,

     v.                                                        **ORDER**

Commissioner of Social Security,

       Defendant.

This is an appeal from the denial of disability insurance benefits and supplemental security income.

The Magistrate Judge filed a Report and Recommendation that I affirm the Commissioner's decision to deny benefits. (Doc. 19). The Magistrate Judge set December 21, 2015 as the deadline for filing objections to his recommendation. (*Id.*). Plaintiff filed no such objections. *See Thomas v. Arn*, 474 U.S. 140, 155 (1985) (failure to file objections within specified time waives right to appeal Magistrate Judge's recommendation); *U.S. v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981) (same).

It is, therefore, ORDERED THAT the Report and Recommendation (Doc. 19) be, and the same hereby is, adopted as the order of this court.

So ordered.

                                                                          /s/ James G. Carr
                                                                          Sr. U.S. District Judge